## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Carmen Morales<br>            Debtor | CHAPTER 7 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>            Movant<br>    vs.<br>Carmen Morales<br>            Debtor<br>Robert H. Holber Esq.<br>            Trustee | NO. 17-10058 REF<br><br>11 U.S.C. Section 362 |

### ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 1336 Lancaster Avenue, Reading, PA 19607 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: March 22, 2017**

_____
United States Bankruptcy Judge.